COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: United Healthcare Services, Inc., United Healthcare Insurance Company, United Healthcare Benefits of Texas, Inc. and United Healthcare of Texas, Inc. v. First Street Hospital LP, First Surgical Partners, LLC, First Surgical Partners Holding Inc., Jacob Varon, M.D., St. Michael's Emergency Center, LLC, The Woodlands FEC, LLC, Brian Orsak, Shannon Orsak, Diane Crumley, Vital Weight Control, Inc., Harris County Title Search, Inc., Emergency Healthcare Partners LP d/b/a Memorial Heights Emergency Center, and Anthony Rotondo

Appellate case number: 01-17-00237-CV

Trial court case number: 2015-50785

Trial court: 269th District Court

## 1. Chart

The parties agreed at oral argument to provide the Court with a jointly submitted chart that contains record citations to the following information (including specific page and paragraph numbers, if available, for multi-page documents):

(1) each cause of action against each defendant in the live pleading at the time the trial court ruled on the relevant summary-judgment motions;

(2) each ground raised by each defendant in its summary-judgment motions that challenged each cause of action;

(3) each response raised by plaintiffs to each ground for summary judgment; and

(4) every specific ruling by the trial court on each of the grounds raised in the summary-judgment motions.

Accordingly, the parties are **ORDERED** to prepare and file a joint submission with a chart that identifies these materials within 20 days of this order, on or before **March 20, 2018**.

## 2. Authority, including adverse authority

All parties are **ORDERED** to conduct additional legal research on the issue of when a civil fraud claim accrues in the context of either recurring billing or a recurring misrepresentation ("the accrual issue"). This research should include a 50-state survey and review of the Restatements and writings by leading nationally-recognized scholars. The scope of legal research should be broad enough to include authority in potentially analogous contexts (e.g., accrual of claims in copyright infringement cases).

All parties are **ORDERED** to submit relevant legal authority that they locate on the accrual issue, including adverse authority, no later than **March 26, 2018.** *See* TEX. DISCIPLINARY R. PROF. CONDUCT 3.03(A)(4), reprinted in TEX. GOV'T CODE, tit. 2, subtit. G app. A (TEX. STATE BAR R. art. X, § 9) ("A lawyer shall not knowingly . . . fail to disclose to the tribunal authority in the controlling jurisdiction known to the lawyer to be directly adverse to the position of the client and not disclosed by opposing counsel . . . .").

## 3. Appellee response to briefing

Appellees are **ORDERED** to file a letter brief that responds to the argument raised on page 12, footnote 8 of Appellants' Response and Reply Brief filed on December 8, 2017. Appellees' letter brief is due no later than **March 26, 2018**, and is limited to three pages in length.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown

☑ Acting individually   ☐ Acting for the Court

Date: February 28, 2018